## Board of Education in and for School District of City of Rockford, Otherwise Known as School District No. 205 of Winnebago County, Appellee, v. Board of Education of Non-High School District No. 206 of Winnebago County, Appellant.

### Gen. No. 10,053.

opinion filed March 8, 1946; released for publication April 1, 1946. Stanton E. Hyer, for appellant; Charles H. Davis, for appellee. Opinion by JUSTICE DOVE. Not to be published in full.